UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | Claim No: 1999A16372 |
| vs. | § § | |
| Phyllis R. Farr | | |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of Wayne County, Michigan within the jurisdiction of this Court and may be served with service of process at 9620 Grandville, Detroit, Michigan 48228.

### The Debt

3. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $2,009.14 |
| B. Current Capitalized Interest Balance and Accrued Interest | $2,538.59 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |
| E. Attorneys fees | $0.00 |
| **Total Owed** | **$4,547.73** |

The Certificate of Indebtedness, attached as Exhibit A", shows the total owed excluding

attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.000% per annum.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

By: s/Charles J. Holzman (P35625)
Holzman Corkery, PLLC
Attorneys for Plaintiff
Tamara Pearson (P56265)
28366 Franklin Road
Southfield, Michigan 48034
(248) 352-4340
usa@holzmanlaw.com

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Phyllis R. Farr
9620 Grandville
Detroit, MI 48228-0000

SSN:

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 05/07/99.

On or about 06/01/2189, the borrower executed promissory note(s) to secure loan(s) of $2,604.00 from National City Bank Student Loan Processing Center, East Lansing MI at 8.00 percent interest per annum. This loan obligation was guaranteed by Great Lakes Higher Education Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR Part 682). The holder demanded payments according to the terms of the note(s), and credited $0.00 payments to the outstanding principle owed on the loan(s). The borrower defaulted on the obligation on 06/16/92 and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,796.12 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 07/12/95 assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $1,245.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $2,009.14 |
| Interest: | $627.00 |
| Administrative/Collection Costs | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 05/07/99: | $2,636.14 |

Interest accrues on the principal shown here at the rate of $0.44 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 6/27/99     Name: [signature]
Title: Loan Analyst
Branch: Litigation

**NATIONAL CITY BANK — STAFFORD LOAN APPLICATION AND PROMISSORY NOTE** — 62599 (18a)

JUN 9 2

## SECTION 1—TO BE COMPLETED BY THE BORROWER "IMPORTANT—READ THE INSTRUCTIONS CAREFULLY"

1. Social Security Number: [blank]
2. Last Name: Phyllis   First Name: Farr   Middle Initial: R
3. Birthdate: [blank]
4. Permanent Home Address: 9620 Granville   City, State, Zip: Det mi 48228
5. Area Code/Telephone No.: 313-272-3841
6. U.S. Citizenship Status: (a) U.S. Citizen/National ✓
7. Permanent resident of what state? State: Michigan Since: 5/18/71
8. State of Driver's License: Mich   Driver's Lic. #: [blank]   State of Veh. Reg.: Mich   Since: 1-2
9. Loan Period: From 8/89 To 5/90
10. Loan Amount Requested: $2625
11. Major course of study: Psychology
12. List post secondary institutions you have attended: none
13. Have you ever defaulted on a Stafford Loan, PLUS/SLS or Consolidation Loan? ☑ No
14. Have you received a Stafford Loan, PLUS/SLS or Consolidation Loan for a period of enrollment before July 1, 1988? ☑ No

15. List below all Stafford Loan, PLUS/SLS and Consolidation Loans: **none**

16. Wisconsin Residents Only - Marital Status: [blank]

17a. Parent or Guardian: Name: Erma Farr   Relationship: mother   Address: 9620 Granville   City/State/Zip: Det. mich   Since: 1967
17b. Other Relative: Name: Sharon Farr   Relationship: sister   Address: 16177 Indiana   City/State/Zip: Det. MI 48223   Since: 1987
17c. Other Relative in area: Name: Barbara Gils   Relationship: sister   Address: 16177 Indiana   City/State/Zip: Det. MI 48228   Since: 1989

Place and City of Employment: Mich. Det

### Promissory Note for a Stafford Loan

I Promise To Pay, I called Maker... the sum of **Two 2625** DOLLARS

18a. Requested Loan Amount: $2625.00

18b. Maker's Signature: Phyllis R. Farr   Date: 6-21-8[9]

Endorser's Name: Erma Farr   Endorser's Address: 9620 Granville

## SECTION 2—TO BE COMPLETED BY THE SCHOOL

19. Name of School: Alabama State University
20. Address: 915 S Jackson Montgomery, AL 36195
21. Area Code/Telephone: 205-293-4325
22. School Code: 001005
23. Enrollment Status: Full-time
24. Dependency: Dep
25. Loan Period: From 8 23 89 To 5 12 90
26. Grade: 1
27. Anticipated Grad.: 5-93
28. Est Cost: $6496
29. Est. Fin. Aid: $2150
30. E.F Contribution: $1742
31. Approved Loan Amount: $2625 / 2604
32. 1st Disbursement Date: 9-23-89
33. 2nd Disbursement Date: 1-8-90

34. Signature of School Official: [signed] Nadine Tyus, Fin. Aid Counselor   Date: 10-05-89

## SECTION 3—TO BE COMPLETED BY THE LENDER

35. Name of Lender: National City Bank Student Loan Processing Center
36. Street Address: P.O. Box 1448   City, State, Zip: East Lansing, MI 48826-1448
37. Lender Code: 808877
38. Entity Number: [blank]
39. Area Code/Telephone: 1-800-328-4143
40. 1st Disbursement Amount: $
41. 2nd Disbursement Amount: $
42. Total Amount Approved: $

43. Signature of Student Loan Official: [signed] Wanda Kocot, Consumer Credit Officer

**LENDER COPY A**

UPON SCHOOL COMPLETION MAIL ONLY GREAT LAKES COPY TO: Student Loan Originators, P.O. Box 1448, East Lansing, MI 48826

OCT 12 1989

I CERTIFY UNDER PENALTY OF PERJURY
THAT THIS IS A TRUE AND EXACT COPY
OF THE ORIGINAL PROMISSORY NOTE

_Sara Fitzald_     5-7-99
NAME                DATE